1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| G. M. a Minor, by JOSE MAYA, her Guardian Ad Litem, | Case No. SACV 20-01043 JVS (DFMx) |
| | **ORDER** |
| Plaintiff, | |
| v. | |
| ST. MARY'S HOSPITAL OF LONG BEACH, et al., | |
| | Honorable James V. Selna |
| Defendants. | |

IT IS HEREBY ORDERED that Defendant United States be dismissed from the above-captioned action without prejudice, each party to bear their own costs and fees.

IT IS HEREBY FURTHER ORDERED that the action between Plaintiff and Defendants Fred Adams, M.D. (sued herein as FRED ADAMS, M.D., aka FRAIDON

BABANEJADYANGHEDJEN), Jazmin Cruz (sued herein as JASMINE CRUZ, M.A.,

fictitious defendant Doe 151), and Does 1-500, is remanded to the Superior Court of the

State of California, County of Los Angeles.[1]

Dated: June 30, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Gwendolyn M. Gamble*
_____
GWENDOLYN M. GAMBLE
Assistant United States Attorney

Attorneys for Defendant UNITED STATES

---

[1] The claims against former Defendants Dignity Health dba St. Mary Medical Center (sued herein as St. Mary's Hospital of Long Beach), CHLB LLC dba College Medical Center (sued herein as College Medical Center),United States, Clinica Sierra Vista and Bruce B. Taylor, D.O., are not remanded as they are no longer parties.  [Dkt. Nos. 8, 10, 11 and 19]